FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No.: 1

| Case No.: | 21-00708 | Trustee Name: | Arvind Mahendru |
|---|---|---|---|
| Case Name: | BROWN-BEST, ANNETTE | Date Filed (f) or Converted (c): | 02/19/2021 (f) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 03/30/2021 |
| | | Claims Bar Date: | 07/18/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1. 421 Martigues Dr Kissimmee FL 34759-3412 | $126,200.00 | $0.00 | OA | $0.00 | FA |
| 2. Make: Toyota Model: RAV4 Year: 2018 Mileage: 94000 Other Information: Vin# JTMZFREV3JJ162652 Using Black Book trade In Average Value | $13,415.00 | $0.00 | OA | $0.00 | FA |
| 3. 2 couches, 1 chair,2 coffee tables, 1 chaise lounge, 2 TV stands, 1 table with 3 chairs, 1 credenza, 8 lamps, 1 desk, 8 stools/benches, 6 mattress/box springs, 2 head boards, 3 dressers, 2 night stands, 2 side tables. | $800.00 | $0.00 | | $0.00 | FA |
| 4. 5 TV's, 1 computer, 1 printer, 1 shredder | $500.00 | $0.00 | | $0.00 | FA |
| 5. 12 copies of Daughter's artworks | $2,000.00 | $0.00 | | $0.00 | FA |
| 6. clothing of no value except to the Debtor | $200.00 | $0.00 | | $0.00 | FA |
| 7. 1 wedding band, costumes jewelry, casual watches, 1 pair of gold earrings, 1 pair of silver earrings. | $100.00 | $0.00 | | $0.00 | FA |
| 8. cash on hand | $0.00 | $0.00 | | $0.00 | FA |
| 9. Savings Account Fairwinds Bank Combined Account#2960 and #10000 | $437.30 | $0.00 | | $0.00 | FA |
| 10. Colonial Penn Life Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 11. American Life | $0.00 | $0.00 | | $0.00 | FA |
| 12. legal malpractice claim (u) | $0.00 | $400,000.00 | | $0.00 | $400,000.00 |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $143,652.30 | $400,000.00 | | $0.00 | $400,000.00 |

**Major Activities affecting case closing:**

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2

| Case No.: | 21-00708 | Trustee Name: | Arvind Mahendru |
|---|---|---|---|
| Case Name: | BROWN-BEST, ANNETTE | Date Filed (f) or Converted (c): | 02/19/2021 (f) |
| For the Period Ending: | 03/31/2022 | §341(a) Meeting Date: | 03/30/2021 |
| | | Claims Bar Date: | 07/18/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

03/06/2022  Asset #12- legal malpractice claim
6/21/21- Application to Employ Christopher W Royer as special counsel
6/23/21- Order Approving Application to Employ/Retain Christopher W. Royer as Special Counsel
9/8/21- special counsel is working to settle the claim
2/8/22- special counsel is preparing a complaint to file in state court
4/15/22- Notice of Assets
4/15/22-Notice of Abandonment

| Initial Projected Date Of Final Report (TFR): | 02/28/2022 | Current Projected Date Of Final Report (TFR): | 08/31/2022 | /s/ ARVIND MAHENDRU |
|---|---|---|---|---|
| | | | | ARVIND MAHENDRU |